UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION
Case Number: 19-61864-CIV-MARTINEZ-OTAZO-REYES

CHERI HONEYWELL,
    Plaintiff,

vs.

CONTINENTAL INN CONDOMINIUM OF
KEY COLONY BEACH, INC.,
    Defendant.
_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice, [ECF No. 40]. It is hereby:

**ADJUDGED** that this action is **DISMISSED with prejudice**, and this case is **CLOSED**.

All parties shall bear their own attorneys' fees and costs.

DONE AND ORDERED in Chambers at Miami, Florida, this 27 day of January, 2020.

                                                        JOSE E. MARTINEZ
                                                        UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record